UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO. 1:12-CV-24349-DMM

WI-LAN USA, INC,

    Plaintiff,

vs.

RESEARCH IN MOTION
LIMITED and RESEARCH IN
MOTION CORPORATION,

    Defendants.
_____/

## **DEFENDANTS' CORPORATE DISCLOSURE STATEMENT**

Under Federal Rule of Civil Procedure 7.1, Defendants Research in Motion Limited and Research in Motion Corporation by and through their counsel, hereby certify that:

Research in Motion Limited has no parent corporation, and that no publicly held corporation owns 10% or more of Research in Motion Limited's stock.

Research in Motion Corporation is a wholly-owned subsidiary of Research in Motion Limited. Research in Motion Limited is the only publicly-held corporation that owns 10% or more of Research in Motion Corporation's stock.

Dated:  February 8, 2013        **McDERMOTT WILL & EMERY LLP**

                                            By:   /s/ Marcos Daniel Jiménez
                                                   Marcos Daniel Jiménez (FBN 441503)
                                                   *mjimenez@mwe.com*
                                                   Jeremy T. Elman (FBN 37448)
                                                   *jelman@mwe.com*
                                                   Kevin E. Gaunt (FBN 68818)
                                                   *kgaunt@mwe.com*
                                                   333 Avenue of the Americas, Ste. 4500
                                                   Miami, Florida 33131

- 2 -

Tel.  305.358.3500
Fax  305.347.6500

*Counsel for Defendants Research in Motion
Limited and Research in Motion Corporation*

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that the following counsel of record who are deemed to have consented to electronic service are being served this 8th day of February, 2013, with a copy of this document via the Court's CM/ECF system:

**Curtis David Carlson**
Florida Bar No. 236640
carlson@carlson-law.net
Carlson & Lewittes PA
1 SE Third Avenue
Suite 1200
Miami, FL 33131
Telephone: 305-372-9700
Facsimile: 305-372-8265

Alan G. Carlson
Minnesota Bar No. 14,801
acarlson@ccvl.com
Philip P. Caspers
Minnesota Bar No. 192,569
pcaspers@ccvl.com
Dennis C. Bremer
Minnesota Bar No. 299,182
dbremer@ccvl.com
Samuel A. Hamer
Minnesota Bar No. 294,469
shamer@ccvl.com
CARLSON, CASPERS, VANDENBURGH, LINDQUIST, & SCHUMAN, P.A.
225 South Sixth Street, Suite 4200
Minneapolis, MN 55402
Telephone: (612) 436-9600
Facsimile: (612) 436-9605

*Attorneys for Plaintiff Wi-LAN USA, Inc.*

                                                           */s/* Marcos Daniel Jiménez
                                                           Marcos Daniel Jiménez

DM_US 41094770-1.092211.0015