UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:12-CV-24349-DMM

| | |
|---|---|
| WI-LAN USA, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| RESEARCH IN MOTION LIMITED and | ) |
| RESEARCH IN MOTION CORPORATION | ) |
| | ) |
| Defendants. | ) |
| | ) |

**JOINT MOTION FOR CLARIFICATION REGARDING THE ORDER GRANTING IN PART DEFENDANTS' MOTION TO MODIFY TRIAL DATE AND PRE-TRIAL DEADLINES [DE 35] OR, IN THE ALTERNATIRVE, MOTION FOR EXTENSION OF PAGE LIMITATIONS FOR CLAIM CONSTRUCTION BRIEFING**

Plaintiff Wi-LAN USA, Inc. ("Wi-LAN") and Defendants Research in Motion Limited and Research in Motion Corporation (collectively, "BlackBerry"), hereby seek clarification that the following page limits apply to the claim construction briefs due to be filed in this case:

| | | |
|---|---|---|
| Parties' opening claim construction briefs | 30 pages | May 1, 2013 |
| Parties' responsive claim construction briefs | 30 pages | May 20, 2013 |

These are the page limits provided in the Local Patent Rules of the Eastern District of Texas, which this Court incorporated by reference into its Order Granting in Part Defendants' Motion to Modify Trial Date and Pre-Trial Deadlines (DE 35) ("Previous Order").

In this court's Previous Order, the Court ruled as follows: "To the extent that there may be a conflict between the Local Patent Rules of the Eastern District of Texas and the Local Rules of the Southern District of Florida, the Local Rules of the Southern District of Florida shall govern." DE 35 at 1, n.1. Because the Local Rules of the Southern District of Florida contain no

rule that addresses the length of claim construction briefing, BlackBerry's position is that the Local Patent Rules of the Eastern District of Texas do not conflict with the Local Rules of the Southern District of Florida.  Wi-LAN has no objection to the page limits provided in the Local Patent Rules of the Eastern District of Texas being applied in this case.

In the alternative, should the Court determine that a conflict exists between the Local Rules of the Southern District of Florida and the Local Patent Rules of the Eastern District of Texas, the parties jointly move the Court to adopt the page limits for claim construction briefing provided by the Local Patent Rules of the Eastern District of Texas.  This would result in briefs filed tomorrow (and May 20, 2013) having a page limit of 30 pages.

Dated:  April 30, 2013

| Attorneys for Plaintiffs: | Attorneys for Defendants: |
|---|---|
| CARLSON & LEWITTES, P.A. | McDERMOTT WILL & EMERY LLP |
| s/ Curtis Carlson | /s/ *Marcos Daniel Jiménez* |
| Curtis Carlson (FBN 236640) | Marcos Daniel Jiménez (FBN 441503) |
| *carlson@carlson-law.net* | *mjimenez@mwe.com* |
| Ronald Lewittes | Sarah Chapin Columbia |
| *lewittes@carlson-law.net* | (admitted *pro hac vice*) |
| One Southeast Third Avenue, Suite 1200 | *scolumbia@mwe.com* |
| Miami, FL 33131 | Jeremy T. Elman (FBN 37448) |
| Phone: (305) 372-9700 | *jelman@mwe.com* |
| Fax: (305) 372-8265 | Leigh J. Martinson |
|  | (admitted *pro hac vice*) |
| *Pro hac* | *lmartinson@mwe.com* |
| Alan G. Carlson (MN# 14,801) | Robert M. Kline (FBN 46363) |
| Philip P. Caspers (MN# 192,569) | *rkline@mwe.com* |
| Dennis C. Bremer (MN# 299,182) | Hasan M. Rashid (FBN 64046) |
| Samuel A. Hamer (MN# 294,469) | (admitted *pro hac vice*) |
| William F. Bullard (MN# 391,013) | *hrashid@mwe.com* |
| CARLSON, CASPERS, | Kevin E. Gaunt (FBN 68818) |
| VANDENBURGH,LINDQUIST, | *kgaunt@mwe.com* |
|     & SCHUMAN, P.A. | 333 Avenue of the Americas, Ste. 4500 |
| 225 South Sixth Street, Suite 4200 | Miami, Florida 33131 |
| Minneapolis, Minnesota  55402 | Tel. 305.358.3500 |
| Phone:  (612) 436-9600 | Fax 305.347.6500 |

| | |
|---|---|
| Fax:  (612) 436-9605 | |

## CERTIFICATE OF SERVICE

I, the undersigned, certify that on April 30, 2013, the foregoing was served on the following counsel of record by email.

*Attorneys for Defendants Research in Motion*
*Limited and Research in Motion Corporation*

Marcos Jiménez
Jeremy Elman
Kevin Gaunt
Robert Kline
Leigh Martinson
Steven Spears
McDERMOTT WILL & EMERY LLP
333 Avenue of the Americas, Ste. 4500
Miami, Florida 33131
Tel. 305.358.3500
Fax 305.347.6500
BlackberryWiLan@mwe.com

s/ Dennis Bremer
*Pro hac vice*:
Alan G. Carlson (MN# 14,801)
Philip P. Caspers (MN# 192,569)
Dennis C. Bremer (MN# 299,182)
Samuel A. Hamer (MN# 294,469)
William F. Bullard (MN# 391,013)
CARLSON, CASPERS, VANDENBURGH,
    LINDQUIST & SCHUMAN, P.A.
225 South Sixth Street, Suite 4200
Minneapolis, Minnesota  55402
Phone:  (612) 436-9600
Fax:  (612) 436-9605