UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:12-CV-24349-DMM

WI-LAN USA, INC.,

       Plaintiff,

  v.

RESEARCH IN MOTION LIMITED and
RESEARCH IN MOTION
CORPORATION,

Defendants.

### Declaration of James R. Hietala, Jr. in Support of Wi-LAN's Motion to Compel RIM's Response to Interrogatory No. 1

1.    My name is James Raymond Hietala, Jr. and I am an associate attorney at Carlson, Caspers, Vandenburgh, Lindquist & Schuman, P.A., counsel for Plaintiff Wi-LAN.

2.    I submit this declaration in support of Wi-LAN's Motion to Compel RIM's Response to Interrogatory No. 1.

3.    Attached hereto as Exhibit 1 is a true and correct copy of excerpts of Volume 2 of the Bluetooth System Specification (July 2007).

4.    Attached hereto as Exhibit 2 is a true and correct copy of Plaintiff's First Set of Interrogatories to Defendants (Feb. 7, 2013).

5.    Attached hereto as Exhibit 3 is a true and correct copy of Defendants' Answers to Plaintiff's First Set of Interrogatories (Mar. 11, 2013).

6.    Attached hereto as Exhibit 4 is a true and correct copy of a Core PICS

1

Values obtained from searching www.bluetooth.org.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   May 13, 2013              /s/ James R. Hietala, Jr.
                                         James R. Hietala, Jr.

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on May 13, 2013, the foregoing document is being served on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system:

Marcos Jiménez
Jeremy Elman
Kevin Gaunt
Robert Kline
Leigh Martinson
Steven Spears
McDERMOTT WILL & EMERY LLP
333 Avenue of the Americas, Ste. 4500
Miami, Florida 33131
Tel. 305.358.3500
Fax 305.347.6500
BlackberryWiLan@mwe.com

Notices of Electronic Filing generated by CM/ECF

                              By: s/ Curtis Carlson